## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER JENKINS, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-6731** |
| | : | |
| **WAL-MART ASSOCIATES, INC.,** | : | |
| **SAM'S EAST, INC.** | : | |

## <u>ORDER</u>

**AND NOW**, this 1st day of May 2026, upon considering plaintiff's motion for partial summary judgment (**DI 26**), the defendants' opposition (**DI 29**), plaintiff's reply (**DI 30**), the defendants' motion for summary judgment (**DI 27**), plaintiff's opposition (**DI 28**), the defendants' reply (**DI 31**), following oral argument held on March 18, 2026, and for reasons in the accompanying memorandum, it is **ORDERED** that plaintiff's motion for partial summary judgment and defendants' motion for summary judgment (**DI 26 and 27**) are **DENIED**.

_____
**MURPHY, J.**